UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CATHY AREU,

                Plaintiff,

                v.

FOX NEWS NETWORK, LLC, ED HENRY, SEAN HANNITY, TUCKER CARLSON and HOWARD KURTZ, in their individual and professional capacities,

                Defendants.

Case No. 20-CV-_____ (RA)

---

### DECLARATION OF CATHERINE M. FOTI IN SUPPORT OF DEFENDANT ED HENRY'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

CATHERINE M. FOTI, declares, pursuant to 28 U.S.C. § 1746 and Local Civil Rule 1.9, under penalty of perjury, the following to be true and correct:

1.    I am a principal of the firm Morvillo Abramowitz Grand Iason & Anello P.C., counsel for Defendant Edward "Ed" Henry in the above-captioned action. I submit this Declaration, along with the accompanying Memorandum of Law, in support of Mr. Henry's Motion to Dismiss Plaintiff Cathy Areu's Second Amended Complaint pursuant to FRCP 12(b)(6). I am familiar with the facts and circumstances set forth herein.

2.    Ed Henry is a television and print journalist. He started his broadcasting career as a political analyst for a local Washington, D.C. radio station, WMAL, and quickly moved to work for CNN where he began covering the White House in 2006. In 2011, Mr. Henry left CNN to become the Chief White House Correspondent for Fox News. He became an occasional host for *Fox and Friends Weekend* in 2016 and then a regular host of that show in 2016. In

December, 2019, he became the co-host of *America's Newsroom,* a position he held until Fox News terminated him on July 1, 2020.

   3.  The below exhibits have been created based on data collected from Mr. Henry's cellular phone. For ease of review, the images in each Exhibit were reconstructed to appear as they would have on Mr. Henry's cell phone. The messages in gray on the left of the Exhibits were sent by Cathy Areu and the messages in blue on the right were sent by Mr. Henry.

   4.  Attached hereto as Exhibit A is a true and correct copy of a conversation between Mr. Henry and Cathy Areu, dated April 30, 2020. The image contained in Exhibit A is a screenshot of a video, which Ms. Areu sent Mr. Henry.

   5.  Attached hereto as Exhibit B is a true and correct copy of a conversation between Mr. Henry and Cathy Areu, dated May 4, 2020.

   6.  Attached hereto as Exhibit C is a true and correct copy of a conversation between Mr. Henry and Cathy Areu, dated May 8, 2020.

   7.  Attached hereto as Exhibit D is a true and correct copy of a conversation between Mr. Henry and Cathy Areu, dated May 8, 2020.

   8.  Attached hereto as Exhibit E is a true and correct copy of a conversation between Mr. Henry and Cathy Areu, dated May 21, 2020. The image contained on the second page of Exhibit E is a screenshot of a moving image, where the woman is winking, which Ms. Areu sent Mr. Henry.

   9.  Attached hereto as Exhibit F is a true and correct copy of a conversation between Mr. Henry and Cathy Areu, dated May 21, 2020.

   10.  Attached hereto as Exhibit G is a true and correct copy of a conversation between Mr. Henry and Cathy Areu, dated from May 23 through June 4, 2020.

11.     Attached hereto as Exhibit H is a true and correct copy of a conversation between Mr. Henry and Cathy Areu, dated June 7, 2020.  The image contained in Exhibit H is a screenshot of a moving image, which Ms. Areu sent Mr. Henry.

Dated:  New York, New York
        October 19, 2020

                                        /s/ Catherine M. Foti
                                        CATHERINE M. FOTI

3