# Exhibit B



Not totally sure but I think, I've ordered the wrong corona gloves.

Is this coronavirus related? Within the rules? K THNX

How do you do it?!

I work so hard

I am the Jordan of Memes



OMG

I win?

My gloves already one

Buying you one

Buying me gloves?

The black one above

Buying me gloves?

The black one above

Delivered

Yeah. I know. I saw those beauties