# Exhibit C

We need to get me officially in that Fox fam. (Which is prolly bad timing since they won't even let Heather into the building.)

Laughed at "We need to get me officially in that Fox fam. (Which is prolly bad timing since they won't even let Heather into the building.)"

Oh, and I read that Fox is getting sued.

This virus 🦠 súper sucks.

Super sucks

Miss me?

Yes! It's been 2 whole hours!!!!

I hope you have a good reason for this long pause in texting.

I hope you have a good reason for this long pause in texting.

Ok I finished it off

My work

You got canned? Man, that sucks.

No i finished.



Awwwwww. Look at what I found!

I love that you like me

Somehow

What do you mean?

You gave part of your liver to save your sister. You're like the nicest person on the planet. … and you like my little ol' magazine. You're awesome.



Makes me happy

Delivered



And you let me win at GIF/ meme wars