# Exhibit D

> You intrigue me

Go on …

> And beautiful

You know what a girl likes to hear.

Thanks.

You Made me blush

I'll keep working on getting Sandra fired so we can become the best looking TV news couple ever.

> Loved "I'll keep working on getting Sandra fired so we can become the best looking TV news couple ever. "

