# Exhibit E

> Have a good show. Wink twice as a secret signal for me. Once of you can hear me.

> You are something





