# Exhibit F

> Oh, and now that you asked, let me show you my political credentials. I'm super smart:
>
> https://www.foxnews.com/person/a/cathy-areu

Never said u were not smart

> Ya kinda did
>
> You wouldn't be the first tho

I did no such

Bc i asked your specialty?

Delivered

> Perhaps.