# Exhibit G





Alyssa Milano defends 'totally safe' crochet face masks after Twitter attacks
TODAY
 News

Hey, this is a trending story! Mask shaming amongst liberals/people. It's a thing! And Alyssa got mass mask-shamed! I've been mask shamed. It's the best story! And there's footage up the wazoo! (Sp?)








