# Exhibit H



Wait, you haven't written to me since we spoke. I sucked that bad?

Nah you decided to be a jerk which made me sad

Hope you're doing well

A jerk

?

That's a new one for me.

What part was jerky?

I need specifics

You did I was not as interesting on the phone.

> All good. Hope florida is fabulous
>
> Delivered

I'd like specifics. You just called me a jerk.

No one there has ever called me that.