UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CATHY AREU,

                Plaintiff,

      v.

FOX NEWS NETWORK, LLC, *et al.*,

                Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10-20-20

20-CV-8678 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      Because this case was severed from *Eckhart v. Fox News, LLC* on October 19, 2020, the date on which Defendants' motions to dismiss were due, it is hereby ORDERED that Defendants' deadline to file their motions to dismiss in this action is adjourned until October 20, 2020. The remainder of the deadlines set by this Court in Case Number 20-cv-5593 on October 8, 2020, will remain the same in this case. Plaintiff Areu's memorandum in opposition to the motion to dismiss shall be filed no later than November 9, 2020, and Defendants' reply shall be filed no later than November 23, 2020. Plaintiff Areu's memorandum in opposition to Defendants' Rule 11 motion shall be filed no later than October 23, 2020, and Defendants' reply shall be filed no later than October 30, 2020. *See* case no. 20-cv-5593 Dkt. 75.

SO ORDERED.

Dated:    October 20, 2020
             New York, New York

_____
RONNIE ABRAMS
United States District Judge