# EXHIBIT A















6



7