✎AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

SOUTHERN **District of** NEW YORK

CATHY AREU,

        Plaintiff (s),

V.

FOX NEWS NETWORK LLC, et al.,

        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 20-cv-8678 (RA)

Notice is hereby given that, subject to approval by the court, __plaintiff Cathy Areu__ substitutes
(Party (s) Name)

__Richard E. Lerner__, State Bar No. __2312510__ as counsel of record in
(Name of New Attorney)

place of __James Vagnini / Valli, Kane & Vagnini, LLP__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Mazzola Lindstrom LLP
    Address: 1350 Avenue of the Americas, 2nd Floor
    Telephone: 646 216 8300    Facsimile: 347-824-2006
    E-Mail (Optional): richard@mazzolalindstrom.com

I consent to the above substitution.

Date: 9/15/2021

_Cathy Areu_
(Signature of Party (s))

I consent to being substituted.

Date:

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**