AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

SOUTHERN **District of** NEW YORK

CATHY AREU,

Plaintiff (s),

V.

FOX NEWS NETWORK LLC, et al.,

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 20-cv-8678 (RA)

Notice is hereby given that, subject to approval by the court, __plaintiff Cathy Areu__ substitutes
(Party (s) Name)

__Richard E. Lerner__, State Bar No. __2312510__ as counsel of record in
(Name of New Attorney)

place of __James Vagnini / Valli, Kane & Vagnini, LLP__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Mazzola Lindstrom LLP
Address: 1350 Avenue of the Americas, 2nd Floor
Telephone: 646 216 8300   Facsimile 347-824-2006
E-Mail (Optional): richard@mazzolalindstrom.com

I consent to the above substitution.
Date: 9/15/2021                                   _Cathy Areu_
                                                  (Signature of Party (s))

I consent to being substituted.
Date: 9/17/2021                                   _James Vagnini_
                                                  (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 9/17/2021                                   _[signature]_
                                                  (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____                             _____
                                                  Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]