AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

CATHY AREU,

Plaintiff (s),

V.

FOX NEWS NETWORK LLC, et al.,

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 20-cv-8678 (RA)

Notice is hereby given that, subject to approval by the court, **plaintiff Cathy Areu** substitutes
(Party (s) Name)

Richard E. Lerner , State Bar No. 2312510 as counsel of record in
(Name of New Attorney)

place of   James Vagnini / Valli, Kane & Vagnini, LLP
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:      Mazzola Lindstrom LLP
Address:        1350 Avenue of the Americas, 2nd Floor
Telephone:      646 216 8300        Facsimile   347-824-2006
E-Mail (Optional):  richard@mazzolalindstrom.com

I consent to the above substitution.
Date:   9/15/2021                                         Cathy Areu
                                                    (Signature of Party (s))

I consent to being substituted.
Date:   9/17/2021                                         James Vagnini
                                                    (Signature of Former Attorney (s))

I consent to the above substitution.
Date:   9/17/2021
                                                    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:   September 20, 2021
                                                    GABRIEL W. GORENSTEIN
                                                    United States Magistrate Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]