# MAZZOLA LINDSTROM LLP

Richard E. Lerner
Richard@mazzolalindstrom.com
646-816-4345

September 23, 2021

**Via ECF**

Hon. Ronnie Abrams, USDJ   **Rule 6 Request (on Consent) for**
Thurgood Marshall   **Enlargement of Time to Serve**
United States Courthouse   **Amended Complaint**
40 Foley Square
New York, NY 10007

      Re:    **Cathy Areu v. Fox News Network, LLC, Ed Henry, Sean Hannity, Tucker Carlson, and Howard Kurtz, SDNY Docket No. 20-cv-8678 (RA) (GWG)**

Dear Judge Abrams:

      On September 20th, this law firm was substituted in as counsel for plaintiff Cathy Areu. (DE60). Pursuant to Your Honor's opinion and order of September 9th (DE 54), Ms. Areu has until September 30th "if she so chooses" to submit an amended complaint. This law firm is now conducting a *de novo* review of the matter, and we therefore request a brief extension of two weeks – until October 14, 2021 – to submit an amended complaint, if Ms. Areu elects to proceed with this lawsuit.

      Counsel for all of the defendants have very graciously consented to this request. Accordingly, plaintiff Areu most respectfully requests that the court "so order" this Rule 6 request for an extension of time.

      We thank the court for its consideration of this request.

      Respectfully submitted,

      Mazzola Lindstrom LLP

      Richard E. Lerner

cc: All Counsel via ECF