UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CATHY AREU,

             Plaintiff,

          v.                                      20-CV-8678 (RA)

FOX NEWS NETWORK, LLC, ED HENRY,        ORDER
SEAN HANNITY, TUCKER CARLSON,
and HOWARD KURTZ,

             Defendants.

RONNIE ABRAMS, United States District Judge:

       On September 9, 2021, the Court issued an order and opinion granting Defendants' motion to dismiss but permitted Plaintiff to file an amended complaint. Dkt. 54. The Court ordered that "if she so chooses, Plaintiff must file an amended complaint no later than September 30, 2021," and warned that "failure to file an amended complaint by that date will result in dismissal of this action with prejudice." *Id.* Plaintiff subsequently requested an extension due to substitution of new counsel; the Court granted her application and ordered Plaintiff to submit her amended complaint by October 14, 2021. Dkt. 63. Plaintiff has not since filed an amended complaint.

       Accordingly, this case is dismissed, with prejudice.

SO ORDERED.

Dated:    November 15, 2021
             New York, New York

                                                            RONNIE ABRAMS
                                                           United States District Judge